# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0026.  MICHAEL SIAVAGE v. WINSTON GANDY et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
2018CV301641



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  09/10/2018*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*